**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| H&R BLOCK TAX SERVICES, LLC; et al., | No. 10-35141 |
| Plaintiffs - Appellees, | D.C. No. 9:10-cv-00003-DWM |
| v. | MEMORANDUM [*] |
| KATHRYN KUTZMAN, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN and PAEZ, Circuit Judges.

Kathryn Kutzman appeals the district court's partial grant of a request for

preliminary injunctive relief against her by appellee H&R Block Tax Services,

LLC.  We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008); *see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider); *Sports Form, Inc.*, 686 F.2d 750, 752-53 (9th Cir. 1982) (explaining limited scope of review). We conclude the district court did not abuse its discretion. Accordingly, we affirm the district court's order.

**AFFIRMED.**